**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JACOB BARTON,

              Petitioner,

    v.

BO ZHANG, HARVES BRIDGE LLC, BEIJING
SHENGPURUISI INTERNATIONAL SPORTS CO.,
LTD.,

              Respondents.

**Case No. 23-cv-8536**

## DECLARATION OF ANDREW CHAN WOLINSKY IN SUPPORT OF PETITIONER'S RENEWED APPLICATION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE BY ELECTRONIC MEANS

I, Andrew Chan Wolinsky, declare under penalty of perjury that the following statements are true and correct to the best of my personal knowledge and belief:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a partner at the law firm Bathaee Dunne LLP, which represents Petitioner in this action to confirm an arbitral award. I submit this declaration in support of Petitioner's Application for an Order Authorizing Alternative Service by Electronic Means on the three Respondents in this action: Bo Zhang, Beijing Shengpuruisi International Sports Co. Ltd. ("Beijing Shengpuruisi"), and Harves Bridge LLC ("Harves Bridge").

2. I have knowledge of the facts stated herein based upon personal knowledge and my investigative review of the documents and information referenced herein, the record in the underlying Arbitration, public records, and online sources.

3. Attached as Exhibit A is a true and correct copy of the September 19, 2023 Final Arbitration Award issued by a duly appointed three-arbitrator Panel consisting of The Hon. Shira A. Scheindlin (Ret.), Howard Tescher, Esq., and Theodore Folkman, Esq.

4. Attached as Exhibit B is a true and correct copy of a June 9, 2023 email sent by Respondent Bo Zhang to the American Arbitration Association.

5. Attached as Exhibit C is a true and correct copy of a printout of Respondent Bo Zhang's LinkedIn profile, last accessed on October 3, 2023.

6. Attached as Exhibit D is a true and correct copy of an October 3, 2023 email from Jonathan Pavony of the law firm Squire Patton Boggs (US) LLP. Mr. Pavony is an attorney who previously represented Mr. Zhang in dealings with Petitioner. Mr. Zhang was represented by other counsel during the Arbitration.

7. Attached as Exhibit E is a true and correct copy of the October 20, 2020 Inaugural Gaming Bay Supply and License Agreement between DreamCube Innovations, LLC and Beijing Shengpuruisi International Sports Co., Ltd.

8. Attached as Exhibit F is a true and correct copy of a letter dated January 4, 2024, from Liu Xiaoyu of the law firm Beijing Dacheng Law Offices, LLP.

9. Based on an investigation of the record in the underlying Arbitration, records in Petitioner's possession, public records, and online sources I have been unable identify any physical home or business address for Mr. Zhang. The name Bo Zhang is a common one in China. Petitioner has identified at least three properties in New York City that appear to be owned by different individuals named Bo Zhang.

10. Petitioner initiated the arbitral proceedings against Mr. Zhang by serving him at bo.zhang@harves.com. Mr. Zhang never objected to service at that address. During the arbitral

proceedings, Petitioner requested Mr. Zhang's residential address in accordance with Rule R-26 of the AAA Commercial Rules. Mr. Zhang never provided his address. The last email that Mr. Zhang used in his communication with the AAA was bo.zhang@harvesgroup.com, in a message sent June 9, 2023.

11. Mr. Zhang communicated with Mr. Barton via the Chinese messaging application WeChat to do business related to the DreamCube venture. Mr. Barton reached out directly to Mr. Zhang on September 20, 2023, to attempt to resolve this case. Mr. Zhang never responded.

12. Harves Bridge is a Delaware LLC with a last known business address at 2550 M Street, NW, 2nd Floor, Washington DC 20037. Based on an investigation of the record in the underlying Arbitration, records in Petitioner's possession, public records, and online sources, Harves Bridge has no employees in the United States. Harves Bridge does not have a registered agent in Delaware. Harves Bridge does not have a website or email address. Harves Bridge does not appear to have any other addresses, nor does it have a website or email address. Mr. Zhang has used his bo.zhang@harvesgroup.com email address to do business on behalf of Harves Bridge— including during the Arbitration.

13. Beijing Shengpuruisi is a Chinese business association with a last known business address, as of October 2020, at IFC Building A Tower, Unit 3303, Chaoyang District, Beijing, China. Based on an investigation of the record in the underlying Arbitration, records in Petitioner's possession, public records, and online sources, Beijing Shengpuruisi does not appear to have any online or physical presence in China, the United States, or anywhere else in the world. Petitioner is unclear as to whether Beijing Shengpuruisi is an operating entity. Mr. Zhang has used his bo.zhang@harvesgroup.com email address to do business on behalf of Beijing Shengpuruisi— including during the Arbitration. During the course of the arbitration, neither Mr. Zhang nor his

counsel ever informed the Panel or Petitioner that Beijing Shengpuruisi had changed its name and no longer existed. Mr. Zhang appears to have changed Beijing Shengpuruisi's name in December 2021, just as Petitioner was demanding payment for outstanding contractual payments.

14.     Petitioner has attempted to find address information for Mr. Zhang via the harves.com and harvesgroup.com web domains. The harves.com website is registered to Domains by Proxy LLC. The harvesgroup.com website is registered to Perfect Privacy LLC. The harves.com and harvesgroup.com URLs do not lead to functioning webpages. The address www.harves.com leads to an error message stating "This site can't be reached. Check if there is a typo in harves.com" and provides an error code: DNS_PROBE_FINISHED_NXDOMAIN, meaning that the domain name cannot resolve the website's URL into an IP address. The website www.harvesgroup.com leads to a landing page that reads "Domain Not Claimed. This domain has been mapped to Squarespace, but it has not yet been claimed by a website. If this is your domain, claim it in the Domains tab of your Website Manager."

Executed January 4, 2023 in New York, New York.

/s/ Andrew Chan Wolinsky
Andrew Chan Wolinsky