**\*\*\* External E-Mail – Use Caution \*\*\***

Dear Matthew

Hope you are doing well. I am working to get another consul and will likely to have one next week. Thank you for reaching out.

Sincerely

Bo Zhang

获取 Outlook for iOS

---

**发件人:** AAA Matthew Conger, Esq. <matthewconger@adr.org>
**发送时间:** Friday, June 9, 2023 8:17:30 PM
**收件人:** Scheindlin, Shira A. <sscheindlin@stroock.com>; awolinsky@bathaeedunne.com <awolinsky@bathaeedunne.com>; Bo Zhang <bo.zhang@harvesgroup.com>; tfolkman@rubinrudman.com <tfolkman@rubinrudman.com>; htescher@teschermediation.com <htescher@teschermediation.com>; bsilverman@teschermediation.com <bsilverman@teschermediation.com>; Kaufman, Eric M. <ekaufman@stroock.com>
**抄送:** AAA Matthew Conger, Esq. <matthewconger@adr.org>
**主题:** RE: Jacob Barton, Local Projects LLC, v. Bo Zhang, - Case 01-22-0003-2317

Judge,

AAA has not received any correspondence from the respondent in this matter nor confirmation that they will file a response to Claimants' motion for summary adjudication which was extended to June 19, 2023 by the panel.

Best regards,

Matthew Conger



**AAA Matthew Conger, Esq.**
**Vice President**

American Arbitration Association

T: 202 223 8590  E: matthewconger@adr.org
1120 Connecticut Ave NW, Suite 490, Washington, D.C. 20036
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Scheindlin, Shira A. <sscheindlin@stroock.com>
**Sent:** Thursday, June 8, 2023 5:42 PM
**To:** AAA Matthew Conger, Esq. <matthewconger@adr.org>; awolinsky@bathaeedunne.com; bo.zhang@harvesgroup.com; tfolkman@rubinrudman.com; htescher@teschermediation.com; bsilverman@teschermediation.com; Kaufman, Eric M. <ekaufman@stroock.com>
**Subject:** RE: Jacob Barton, Local Projects LLC, v. Bo Zhang, - Case 01-22-0003-2317

**\*\*\* External E-Mail – Use Caution \*\*\***

Dear Mr. Conger,  Did you get any response at all?  If not, we need to figure out how to proceed.  I will draft an email to all indicating that in the absence of any contact from Respondent Bo Zhang we will decide the jurisdictional issue on the papers submitted to date.  Please advise.  Thank you!

**Hon. Shira A. Scheindlin**
United States District Judge (Ret.)
Fellow, College of Commercial Arbitrators

**STROOCK**
180 Maiden Lane, New York, NY 10038
D: 212.806.5660
M: 917.922.7146

sscheindlin@stroock.com I vCard I www.stroock.com

Eric Kaufman Case Manager
212.806.5706
ekaufman@stroock.com

---

**From:** AAA Matthew Conger, Esq. <matthewconger@adr.org>
**Sent:** Monday, June 5, 2023 12:46 PM
**To:** awolinsky@bathaeedunne.com; bo.zhang@harvesgroup.com; Scheindlin, Shira A. <sscheindlin@stroock.com>; tfolkman@rubinrudman.com; htescher@teschermediation.com; bsilverman@teschermediation.com; Kaufman, Eric M. <ekaufman@stroock.com>
**Cc:** AAA Matthew Conger, Esq. <matthewconger@adr.org>
**Subject:** Jacob Barton, Local Projects LLC, v. Bo Zhang, - Case 01-22-0003-2317
**Importance:** High

| **This Message Is From an External Sender** | **Report Suspicious** |
| --- | --- |
| This message came from outside your organization. | |

Dear Mr. Zhang:

The panel requests an update regarding the status of this case and the respondents' obtaining replacement counsel. **Please advise by close of business today, June 5, 2023.**

Best regards,

Matthew Conger



**AAA Matthew Conger, Esq.**
**Vice President**

American Arbitration Association

T: 202 223 8590  E: matthewconger@adr.org
1120 Connecticut Ave NW, Suite 490, Washington, D.C. 20036
adr.org  I  icdr.org  I  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.