**Subject:** RE: Bo Zhang, Harves Bridge LLC, Beijing Shengpuruisi International Sports Co, Ltd. - Service of Process

**Date:** Monday, October 2, 2023 at 1:47:54 PM Eastern Daylight Time

**From:** Pavony, Jonathan <jonathan.pavony@squirepb.com>

**To:** Andrew Wolinsky <awolinsky@bathaeedunne.com>

Good afternoon Mr. Wolinsky:

We are not representing Bo Zhang, Harves Bridge LLC, or Beijing Shengpuruisi International Sports Co., Ltd., and we are not authorized to accept service on their behalf. They do not have a business office at 2550 M Street, NW, Washington, DC.

Best,

Jonathan

---

**From:** Andrew Wolinsky <awolinsky@bathaeedunne.com>
**Sent:** Thursday, September 28, 2023 4:44 PM
**To:** Pavony, Jonathan <jonathan.pavony@squirepb.com>
**Subject:** [EXT] Bo Zhang, Harves Bridge LLC, Beijing Shengpuruisi International Sports Co, Ltd. - Service of Process

Mr. Pavony,

I write on behalf of Jacob Barton, who recently obtained an arbitral award in the amount of $5,679,845.91 against Bo Zhang, Harves Bridge LLC, and Beijing Shengpuruisi International Sports Co., Ltd. Mr. Barton is moving to confirm that award.

Mr. Zhang and Harves Bridge LLC have both listed 2550 M Street, NW, Washington DC 20037 as their business address. We understand this is the address for your office at Squire Patton Boggs, and that Mr. Zhang and Harves Bridge LLC (as well as Beijing Shengpuruisi International Sports Co., Ltd.) cannot, in fact, be found at that address.

Please let me know if you are authorized to accept service of process for Bo Zhang, Harves Bridge LLC, and/or Beijing Shengpuruisi International Sports Co., Ltd.

Best,
--Andrew

Andrew Chan Wolinsky | Partner | Bathaee :: Dunne :: LLP
445 Park Avenue, 9th Floor, New York, NY 10022
(332) 208-7337 (Direct)
awolinsky@bathaeedunne.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for

delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US