

**大成 is Dentons' Preferred Law Firm in China.**

北京大成律师事务所
北京市朝阳区朝阳门南大街 10 号
兆泰国际中心 B 座 16-21 层
邮编：100020

16-21F, Tower B
ZT International Center
No.10, Chaoyangmen Nandajie
Chaoyang District
100020, Beijing, China

dacheng.com
dentons.cn

Jan. 4, 2023

Andrew Chan Wolinsky, Esq.
Bathaee Dunne LLP
445 Park Ave, 9th Floor
New York, NY 10022

**Re: Bo Zhang / Beijing Shengpuruisi Address Search**

Dear Mr. Wolinsky,

At your request, I, Liu Xiaoyu, lawyer from Beijing Dacheng Law Offices, LLP ("Dacheng") was engaged by Local Project, LLC and looked into addresses at which Mr. ZHANG Bo and Beijing Shengpuruisi International Sports Co., Ltd. ("Beijing Shengpuruisi") may be found. Dacheng is an international law firm and I am a partner of Dacheng.

First, as to Beijing Shengpuruisi, I searched for this entity on Tian Yan Cha, a company credit search platform. On that platform I determined that, on or around December 16, 2021, Beijing Shengpuruisi changed its name to Beijing Huarui Light-Year Cultural Development Co., Ltd. ("Beijing Huarui"). Beijing Huarui has a registered address at A1-411, 4th Floor, Building 1, Yard 2, Jiangtai West Road, Chaoyang District, Beijing.

Second, as to Mr. ZHANG Bo, I have been unable to identify a home address for Mr. ZHANG Bo. The name ZHANG Bo is fairly common in China and my search did not yield any results that could definitively identify the Zhang Bo who is the subject of the case you are working on. And with respect to a business address for Mr. ZHANG Bo, I could not determine whether Mr. ZHANG Bo does business at the Beijing address of Beijing Huarui, as when I visited the site there was no receptionist and I was unable to speak with anyone onsite.

I am available to provide any additional support you may need in your process to locate Mr. ZHANG Bo and the entities he controls in China.

Best,

Liu Xiaoyu

Beijing Dacheng Law Offices, LLP ("大成") is an independent law firm, and not a member or affiliate of Dentons. 大成 is a partnership law firm organized under the laws of the People's Republic of China, and is Dentons' Preferred Law Firm in China, with offices in more than 40 locations throughout China. Dentons Group (a Swiss Verein) ("Dentons") is a separate international law firm with members and affiliates in more than 160 locations around the world, including Hong Kong SAR, China. For more information, please see dacheng.com/legal-notices or dentons.com/legal-notices.