**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JACOB BARTON,

               Petitioner,

    v.

BO ZHANG, HARVES BRIDGE LLC, BEIJING
SHENGPURUISI INTERNATIONAL SPORTS CO.,
LTD.,

               Respondents.

**Case No. 23-cv-8536 (LJL)**

## NOTICE OF PETITIONER'S MOTION FOR
## SUMMARY JUDGMENT AGAINST RESPONDENT BO ZHANG

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the entire record herein, Petitioner Jacob Barton hereby moves the Court for an order entering summary judgment in his favor against Respondent Bo Zhang pursuant to Federal Rule of Civil Procedure 56.

A Proposed Order is attached as Exhibit A.

Dated: February 6, 2024
      New York, NY

Respectfully submitted,

/s/ Andrew Chan Wolinsky
Andrew Chan Wolinsky
Yavar Bathaee
Bathaee Dunne LLP
445 Park Ave, 9th Floor
New York, NY 10022
Tel: (332) 208-7337
awolinsky@bathaeedunne.com
yavar@bathaeedunne.com

*Attorneys for Petitioner*

The Court will hold a telephonic conference on this matter on March 22, 2024 at 12:00 PM, at which Petitioner should be prepared to address: (i) the basis for personal jurisdiction over the Respondent; (ii) whether venue is proper in the Southern District of New York; and (iii) why Petitioner did not file the arbitration agreement or state in the Rule 56.1 statement either the language of the arbitration agreement and the basis for believing that the dispute fell within the scope of the arbitration agreement, or set forth in the Rule 56.1 statement a summary of the evidence before the arbitral panel that would support its award.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the prompts.  Petitioner is directed to serve this Order on Respondent Zhang and to file proof of service on the docket.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

March 11, 2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACOB BARTON,<br><br>                              Petitioner,<br><br>        v.<br><br>BO ZHANG, HARVES BRIDGE LLC, BEIJING SHENGPURUISI INTERNATIONAL SPORTS CO., LTD.,<br><br>                              Respondents. | **Case No. 23-cv-8536 (LJL)** |

### [PROPOSED] ORDER

Upon Petitioner's motion for an order for summary judgment in his favor against Respondent Bo Zhang and the entire record in this proceeding,

IT IS HEREBY ORDERED that, sufficient cause having been shown, Petitioner's motion for an order for summary judgment is GRANTED.

SO ORDERED this _____ day of _____, 2024.

_____
Hon. Lewis J. Liman
United States District Judge