UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB BARTON,<br><br>      Petitioner,<br><br> v.<br><br>BO ZHANG, HARVES BRIDGE LLC, BEIJING SHENGPURUISI INTERNATIONAL SPORTS CO., LTD.,<br><br>      Respondents. | Case No. 23-cv-8536 (LJL) |

## AFFIDAVIT OF SERVICE

I, Andrew Chan Wolinsky, affirm as follows:

 1. I am over eighteen (18) years of age and not a party to this action. I am a partner at the law firm Bathaee Dunne LLP, a limited liability partnership with an address at 445 Park Avenue, 9th Floor, New York, New York, 10022. I am admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

 2. On April 17, 2024, I served, via email, the following document on Respondent Bo Zhang via the email addresses Bo.Zhang@harves.com and Bo.Zhang@harvesgroup.com: Proposed Order re: Docket No. 30 – Amended Petition to Confirm Arbitration Award (Dkt. No. 36).

 I affirm under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2024           /s/ Andrew Chan Wolinsky
   New York, New York          Andrew Chan Wolinsky, Esq.