**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JACOB BARTON,

                    Petitioner,

      -against-                              23 **CIVIL** 8536 (LJL)

                                                      **JUDGMENT**

BO ZHANG, HARVES BRIDGE LLC, BEIJING
SHENGPURUISI INTERNATIONAL SPORTS CO.,
LTD.,

                    Respondents.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 27, 2024, Petitioner's motion for summary judgment is GRANTED. Judgment is entered in favor of Petitioner and against Zhang as follows: (i) Confirming the Award in all respects; (ii) Awarding Petitioner $5,679,845.91, plus prejudgment interest from September 19, 2023 to the date of judgment, at a rate of 9.0% per annum, in the amount of $396,344.32; and (iii) Awarding Petitioner post-judgment interest at a rate of 9.0% per annum.

**Dated:**  New York, New York

       June 28, 2024

                                                           **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                              **BY:**       *K. Mango*

                                                           **Deputy Clerk**