```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/14/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JACOB BARTON,                                                      :
                                                                   :
                         Petitioner,                               :
                                                                   :     23-cv-08536 (LJL)
        -v-                                                        :
                                                                   :        ORDER
BO ZHANG, HARVES BRIDGE LLC, BEIJING                               :
SHENGPURUISI INTERNATIONAL SPORTS CO.,                             :
LTD.,                                                              :
                                                                   :
                         Respondents.                              :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   The Clerk of Court is respectfully directed to close this case.


   SO ORDERED.


Dated:  July 14, 2025                          _____
        New York, New York                              LEWIS J. LIMAN
                                                    United States District Judge